**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2046**

BERNARD L. GREER, on behalf of himself and on behalf of all others similarly situated,

              Plaintiff - Appellant,

      v.

STATE OF WEST VIRGINIA,

              Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Senior District Judge. (1:16-cv-00142-IMK-MJA)

Submitted: January 30, 2018              Decided: February 1, 2018

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bernard L. Greer, Appellant Pro Se. Thomas M. Johnson, Jr., Deputy Solicitor, Zachary Aaron Viglianco, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard L. Greer appeals from the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint in which he challenged the constitutionality of West Virginia's felon dispossession law, which, unlike the federal statute, prohibits the possession of an antique firearm by a convicted felon. *See* 18 U.S.C. § 921(a)(3)(D) (2012); W. Va. Code Ann. § 61-7-7(a)(1) (LexisNexis Supp. 2017); W. Va. Code Ann. § 61-7-2(11) (LexisNexis 2014). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Greer v. State of West Virginia*, No. 1:16-cv-00142-IMK-MJA (N.D.W. Va. Aug. 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*